**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION**

**LEE YATES, #91978**                                                    **PETITIONER**

**VERSUS**                              **CIVIL ACTION NO. 5:09-cv-73-DCB-MTP**

**RON KING**                                                      **RESPONDENT**

<u>FINAL JUDGMENT</u>

This cause is before the Court, *sua sponte*, for consideration of dismissal. Pursuant to the memorandum opinion issued this date and incorporated herein by reference,

IT IS HEREBY ORDERED AND ADJUDGED that this cause be, and is hereby, dismissed without prejudice.

SO ORDERED this the <u> 30th </u> day of October, 2009.


                                          <u>s/David Bramlette</u>
                                          UNITED STATES DISTRICT JUDGE